IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

| | |
|---|---|
| DIANA CARPENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>DOLGENCORP, LLC,<br><br>    Defendant. | No. 1:10-cv-00025 – JEG-JWC<br><br>**O R D E R** |

This matter comes before the Court on Defendant Dolgencorp, LLC's Unopposed Motion to Dismiss (ECF No. 41). Based upon the unopposed motion, Plaintiff's claims in this matter are hereby dismissed without prejudice to the refiling of such claims.

**IT IS SO ORDERED.**

Dated this 10th day of June, 2013.

_____
JAMES E. GRITZNER, Chief Judge
U.S. DISTRICT COURT